**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Pascual ESTRADA–GONZALEZ,**
**Defendant—Appellant.**

No. 02–10461.
D.C. No. CR–01–00437–RLH.

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 18, 2003.

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

MEMORANDUM**

Pascual Estrada–Gonzalez appeals the 57–month sentence imposed following his guilty plea conviction for unlawful reentry of deported alien, in violation of 8 U.S.C. § 1326. Estrada–Gonzalez contends that under *Apprendi v. New Jersey,* 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court deprived him of due process by imposing a sentence greater than 8 U.S.C. § 1326(a)'s two-year maximum based on his prior aggravated felony, where he did not admit to having committed a prior criminal offense which would qualify as a felony.

Estrada–Gonzalez states that he presents the issue merely to preserve it in the event of ensuing favorable Supreme Court precedent, and acknowledges that his argument is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir. 2000). Accordingly, the judgment and sentence are

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.